UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

**VIRGINIA NIEVES,**

           Plaintiff,

**vs.**                                    **CASE NO.** 8:17-cv-01046-EAK-AAS

**GLOBAL SERVICES GROUP, LLC**
**d/b/a GLOBAL SERVICE**
**GROUP LLC OF DELAWARE**
**(a Delaware company)**
    and
**RUTH POUTANEN (an individual)**
    and
**JOHN DOES # 1-3**
           Defendants.
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW, the Plaintiff herein, by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and hereby represents to the court that this matter has been amicably settled, and would request entry of a Final Order of Dismissal With Prejudice in this matter, with each party to bear their own costs and attorneys' fees.

Respectfully, submitted this 28th day of July 2017.

                                      */s/ James S. Giardina*
                                      James S. Giardina, Esq.
                                      The Consumer Rights Law Group, PLLC
                                      3104 W. Waters Avenue, Suite 200
                                      Tampa, Florida 33614-2877
                                      Tel: (813) 435-5055 ext 101
                                      Fax: (866) 535-7199
                                      James@ConsumerRightsLawGroup.com
                                      *Counsel for Plaintiff*